UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Gregory G. Hollows
United States Magistrate Judge
Sacramento, California

                        RE:    John Patrick COLLINS
                                  Docket Number:   2:96CR00451-01
                                **REQUEST TO RELEASE FILE INFORMATION**

Your Honor:

The probation officer has received a request from a Community Corrections Officer from the Washington State Department of Corrections requesting a copy of the presentence report prepared in the above case. They request a copy of the report in order to assist their office with investigation, classification and supervision of the above offender. Since the presentence report is a confidential document, the probation officer requests the Court's permission to release the information to the requesting party.

                                          Respectfully submitted,

                                      /s/ Richard W. Elkins
                                     **RICHARD W. ELKINS**
                            **Senior United States Probation Officer**

Dated:       February 27, 2007
                Elk Grove, California
                RWE/cj

**REVIEWED BY:**        /s/ Deborah A. Spencer
                             **DEBORAH A. SPENCER**
                              **Supervising United States Probation Officer**

AGREE: XXXXXX                        DISAGREE: _____

/s/ Gregory G. Hollows                                        3/6/07
_____         _____
**GREGORY G. HOLLOWS**                                    DATE
United States Magistrate Judge

collins.ord